No. 35,435

BERT MERIDETH, *Appellant*, v. MILTON F. AMRINE, Warden of the
Kansas State Penitentiary, *Appellee.*

Opinion filed March 2, 1942.

(122 P. 2d 759)

*Bert Merideth* pro se, and *Elisha Scott,* of Topeka, were on the briefs for
the appellant.

*A. B. Mitchell,* assistant attorney general, argued the cause, and *Jay S.
Parker,* attorney general, and *Jay Kyle,* assistant attorney general, were on the
briefs for the appellee.

*Per Curiam:* This is an appeal from a judgment of the district
court of Leavenworth county which denied the appellant a writ of
habeas corpus and remanded him to the custody of the warden.

Recently appellant filed two motions in this court, the first prayed
for an order requiring the warden to bring the appellant personally
before this court so that he might "offer further evidence of material
proof . . . in support of his cause." Evidence is not received in
this court which the trial court was not privileged to consider.

Appellant's second motion was for the appointment of counsel.
This motion necessitated an examination of the record presented in
this appeal, and from it we find that on appellant's arrest in Barton
county he was represented by counsel, that on August 8, 1939, he
pleaded guilty in open court as charged in an information duly filed
against him charging him in two counts of the crime of forgery in
the second degree and that he was duly sentenced to penal servitude
therefor, for a term not yet expired.

In his petition for habeas corpus he first predicates his right
thereto on the ground that he was not guilty. That is not a basis
for habeas corpus. Next, he alleged that he was coerced into making
his plea of guilty. The trial court could not do otherwise than find
against appellant on that issue since no substantial evidence was
offered in its support.

It therefore becomes perfectly clear that this appeal has no merit;
consequently appellant's motions are denied and his appeal is dis-
missed.

HOCH, J., not participating.